UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM KENNETH KING, JR., | No. 2:25-cv-00981 WBS CSK |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

----oo0oo----

On August 15, 2025, plaintiff's attorney filed a notice of death pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. (Docket No. 18.) Accordingly, any party or the decedent's representative has 90 days from the filing of that notice to substitute decedent's successor or representative.

IT IS THEREFORE ORDERED that the hearing on defendant's motion to dismiss is continued to November 24, 2025, at 1:30 p.m. in Courtroom 5 of the above-entitled court, and if no motion for substitution is filed by that date, this action will be

1

1  dismissed.

2  Dated:  September 25, 2025    WILLIAM B. SHUBB
3                                UNITED STATES DISTRICT JUDGE